PMA

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
### CIVIL DOCKET FOR CASE #: 5:06-cv-00146-FB

| | |
|---|---|
| Travis Co. Joint, et al v. Hennessee Group LLC, et al | Date Filed: 02/15/2006 |
| Assigned to: Honorable Fred Biery | Jury Demand: None |
| Demand: $0 | Nature of Suit: 380 Personal Property: Other |
| Case in other court: 131 JDC/Bexar, 2005-CI-20219 | |
| Cause: 28:1332 Diversity-Petition for Removal | Jurisdiction: Diversity |

**Plaintiff**

**Travis Co. Joint Venture**   represented by   **Jeffrey C. Prince**
Haynes and Boone, L.L.P.
112 E. Pecan Street
Suite 1600
San Antonio, TX 78205
(210) 978-7407
Fax: (210) 554-0407
Email: princej@haynesboone.com
*TERMINATED: 04/24/2006*
*LEAD ATTORNEY*

**Marvin G. Pipkin**
Pipkin, Oliver & Bradley, LLP
1020 N.E. Loop 410
Suite 810
San Antonio, TX 78209
(210)820-0082
Fax: 210/820-0077
Email: mpipkin@pobllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen P. Allison**
Haynes & Boone
1600 NBC Bank Plaza
112 E Pecan St Suite 1600
San Antonio, TX 78205-1540
(210) 978-7000
Fax: (210) 554-0416
Email: allisons@haynesboone.com
*TERMINATED: 04/24/2006*
*LEAD ATTORNEY*

**Plaintiff**

**Roger C. Hill, Sr.**   represented by   **Jeffrey C. Prince**

(See above for address)
*TERMINATED: 04/24/2006*
*LEAD ATTORNEY*

**Marvin G. Pipkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen P. Allison**
(See above for address)
*TERMINATED: 04/24/2006*
*LEAD ATTORNEY*

**Plaintiff**

**Bruce Hill**    represented by    **Jeffrey C. Prince**
(See above for address)
*TERMINATED: 04/24/2006*
*LEAD ATTORNEY*

**Marvin G. Pipkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen P. Allison**
(See above for address)
*TERMINATED: 04/24/2006*
*LEAD ATTORNEY*

**Plaintiff**

**Christopher Hill**    represented by    **Kortney M. Kloppe-Orton**
Pipkin, Oliver & Bradley, L.L.P.
1020 Northeast Loop 410
Suite 810
San Antonio, TX 78209-1227
(210)820-0082
Fax: 210/820-0077
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marvin G. Pipkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hennessee Group LLC** represented by **Bennett Falk**
Bressler, Amery & Ross, P.C
2801 S.W. 149th Avenue, Suite 300
Miramar, FL 33027
(954) 499-7979
Fax: (954) 499-7969
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Amery**
Bressler, Amery & Ross, P.C.
325 Columbia Turnpike
Florham Park, NJ 07932
(973) 514-1200
Fax: (973) 514-1660
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen Bush Sessions**
Jenkens & Gilchrist, P.C.
1445 Ross Avenue
Suite 3200
Dallas, TX 75202-2799
(214) 855-4331
Fax: 214/855-4300
Email: esessions@jenkens.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seagal V. Wheatley**
Jenkens & Gilchrist
112 E Pecan, Suite 900
San Antonio, TX 78205-1533
(210) 246-5635
Fax: (210) 246-5999
Email: swheatley@jenkens.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Elizabeth Lee Hennessee** represented by **Bennett Falk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Amery**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Ellen Bush Sessions**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Seagal V. Wheatley**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Charles J. Gradante**             represented by   **Bennett Falk**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                    **Brian Amery**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Ellen Bush Sessions**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Seagal V. Wheatley**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2006 | | Case assigned to Honorable Fred Biery (ep) (Entered: 02/16/2006) |
| 02/15/2006 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Mathy (ep) (Entered: 02/16/2006) |
| 02/15/2006 | 1 | Notice for Removal by Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante Filing Fee: $ 250.00 Receipt # 199601 (ep) (Entered: 02/16/2006) |
| 02/16/2006 | 2 | Unopposed motion by Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante to extend time to respond to complaint (tm) (Entered: 02/17/2006) |
| 02/23/2006 | 3 | Order granting motion to extend time to respond to complaint [2-1]. Deadline is extended to 3/6/06 signed by Honorable Fred Biery (tm) (Entered: 02/24/2006) |
| 02/23/2006 | 4 | Order that the plaintiff shall submit a proposed scheduling order to the |

| | | |
|---|---|---|
| | | Court within sixty (60) days after the appearance of any defendant. Signed by Honorable Fred Biery (tm) (Entered: 02/24/2006) |
| 02/23/2006 | 5 | Notice of right to consent to disposition of a civil case by a U.S. Magistrate (tm) (Entered: 02/24/2006) |
| 03/06/2006 | 6 | Unopposed motion by Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante for extension of time of 30 days in which defendants have to answer, move or otherwise respond to the complaint (tm) (Entered: 03/07/2006) |
| 03/08/2006 | 7 | Order granting motion for extension of time of 30 days in which defendants have to answer, move or otherwise respond to the complaint [6-1] answer due 4/6/06 for Charles J. Gradante, for Elizabeth Lee Hennessee, for Hennessee Group LLC signed by Honorable Fred Biery (rg) (Entered: 03/09/2006) |
| 04/05/2006 | 8 | Motion by Travis Co. Joint, Roger C. Hill Sr., Bruce Hill to substitute attorney (tm) (Entered: 04/06/2006) |
| 04/06/2006 | 9 | Agreed motion by Travis Co. Joint, Roger C. Hill Sr., Bruce Hill for extension of time (tm) (Entered: 04/07/2006) |
| 04/13/2006 | 10 | Motion by Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante for entry of an order granting attorneys permission to appear pro hac vice (tm) (Entered: 04/14/2006) |
| 04/13/2006 | 11 | Notice of attorney appearance for Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante by Bennett Falk (tm) (Entered: 04/14/2006) |
| 04/13/2006 | 12 | Notice of attorney appearance for Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante by Brian Amery (tm) (Entered: 04/14/2006) |
| 04/17/2006 | 13 | Fifth amended complaint by Travis Co. Joint, Roger C. Hill Sr., Christopher Hill, amending (tm) (Entered: 04/18/2006) |
| 04/19/2006 | 14 | Order granting motion for extension of time [9-1] signed by Honorable Fred Biery (tm) (Entered: 04/19/2006) |
| 04/19/2006 | 15 | Order granting motion for entry of an order granting attorneys permission to appear pro hac vice [10-1] signed by Honorable Fred Biery (tm) (Entered: 04/19/2006) |
| 04/24/2006 | 16 | Order granting motion to substitute attorney [8-1] signed by Honorable Fred Biery (tm) (Entered: 04/24/2006) |
| 04/24/2006 | 17 | Motion by Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante to stay proceedings in light of the consolidation of all Bayou related cases in the Southern District of New York (tm) (Entered: 04/24/2006) |
| 04/24/2006 | 18 | Recommendations for scheduling order by Travis Co. Joint, Roger C. Hill Sr., Christopher Hill (tm) (Entered: 04/25/2006) |

| | | |
|---|---|---|
| 04/25/2006 | 19 | Motion by Travis Co. Joint, Roger C. Hill Sr., Christopher Hill to stay claims pending arbitration (tm) (Entered: 04/26/2006) |
| 04/26/2006 | 20 | Response by Travis Co. Joint, Roger C. Hill Sr., Christopher Hill to defendants' motion to stay proceedings in light of the consolidation of all Bayou related cases in the Southern District of New York [17-1] (tm) (Entered: 04/26/2006) |
| 05/01/2006 | 21 | RESPONSE in Support re 17 Motion to Stay , filed by Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante. (sj) (Entered: 05/02/2006) |
| 05/01/2006 | 22 | Letter/Correspondence from Travis Co. Joint Venture, Roger C. Hill, Sr, Bruce Hill, Christopher Hill regarding opposition to transfer of case to Multi-District Litigation (sj) (Entered: 05/02/2006) |
| 05/01/2006 | 23 | SURREPLY to Response to re 17 Motion to Stay , filed by Travis Co. Joint Venture, Roger C. Hill, Sr, Bruce Hill, Christopher Hill. (sj) (Entered: 05/02/2006) |
| 05/02/2006 | 24 | MOTION to Strike 23 Plaintiff's SurReply in opposition to defendant's motion to stay by Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante. (rg, ) (Entered: 05/03/2006) |
| 05/08/2006 | 25 | MOTION for Extension of Time to File Response/Reply to plaintiff's motion to stay claims pending arbitration by Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante. (tm, ) (Entered: 05/09/2006) |
| 05/11/2006 | 26 | ORDER granting 25 Motion for Extension of Time to File Response to motion to stay claims pending arbitration. Deadline is extended to 5/15/06. Signed by Judge Fred Biery. (tm, ) (Entered: 05/12/2006) |
| 05/15/2006 | 27 | MOTION to Dismiss the first amended complaint by Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante. (tm, ) (Entered: 05/16/2006) |
| 05/15/2006 | 28 | Memorandum in Support of re 27 MOTION to Dismiss , filed by Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante. (tm, ) (Entered: 05/16/2006) |
| 05/15/2006 | 29 | Response in Opposition to Motion re 19 Motion to Stay , filed by Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante. (tm, ) (Entered: 05/16/2006) |
| 05/16/2006 | 30 | First Amended RESPONSE in Support re 27 MOTION to Dismiss , filed by Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante. (tm, ) (Entered: 05/17/2006) |
| 05/16/2006 | 31 | First amended Response in Opposition to Motion re 19 Plaintiff's Motion to Stay , filed by Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante. (tm, ) (Entered: 05/17/2006) |
| 05/31/2006 | 32 | MOTION for Extension of Time to File Response/Reply as to 29 |

| | | |
|---|---|---|
| | | Response in Opposition to Motion by Travis Co. Joint Venture, Roger C. Hill, Sr, Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante, Christopher Hill. (tm, ) (Entered: 06/01/2006) |
| 05/31/2006 | 33 | RESPONSE to Motion re 27 MOTION to Dismiss , filed by Travis Co. Joint Venture, Roger C. Hill, Sr, Christopher Hill. (Attachments: # 1 Second Amended Complaint)(tm, ) (Entered: 06/01/2006) |
| 05/31/2006 | | MOTION to Amend Complaint by Travis Co. Joint Venture, Roger C. Hill, Sr, Christopher Hill. (See above docket entry for Response to motion to dismiss for PDF) (tm, ) (Entered: 06/01/2006) |
| 06/01/2006 | 34 | RESPONSE in Support re 19 Motion to Stay , filed by Travis Co. Joint Venture, Roger C. Hill, Sr, Christopher Hill. (tm, ) (Entered: 06/01/2006) |
| 06/02/2006 | 35 | MOTION for Leave to File Supplemental Reply by Travis Co. Joint Venture, Roger C. Hill, Sr, Christopher Hill. (Attachments: # 1 Supplemental Reply in Support)(tm, ) (Entered: 06/05/2006) |
| 06/12/2006 | 36 | REPLY to Response to Motion re 27 MOTION to Dismiss , filed by Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante. (tm) (Entered: 06/12/2006) |
| 06/12/2006 | 37 | MOTION for Leave to File Supplemental Memorandum by Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante. (Attachments: # 1 Supplemental Memorandum in support of motion to stay)(tm) (Entered: 06/12/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/27/2006 09:13:35 | | | |
| PACER Login: | us5070 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:06-cv-00146-FB |
| Billable Pages: | 4 | Cost: | 0.32 |