IN THE UNITED STATES DISTRICT COURT    FILED

FOR THE WESTERN DISTRICT OF TEXAS    2006 FEB 16  P 4: 05

SAN ANTONIO DIVISION

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| TRAVIS CO. JOINT VENTURE, ROGER C. HILL, SR., AND BRUCE HILL, ) ) ) | |
| Plaintiffs, ) ) ) | |
| VS. ) ) ) | CIVIL ACTION NO. SA-06-CA-0146-FB |
| HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE and CHARLES J. GRADANTE, ) ) ) ) ) | |
| Defendants. ) | |

## DEFENDANTS' UNOPPOSED MOTION FOR 10-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE and CHARLES GRADANTE ("Defendants"), by and through their counsel, move, pursuant to Local Rule CV-7, for entry of an Order, extending by 10-days to and including March 6, 2006, to answer, move or otherwise respond to the Complaint. In support of this Motion, Defendants state:

1.    On or about December 30, 2005, Plaintiffs filed their Petition against Defendants for (1) negligence, (2) negligent misrepresentation, and (3) breach of fiduciary duty, in the 131st Judicial District Court of Bexar County, Texas.

2.    On or about February 15, 2006, Defendants timely filed a Notice of Removal within the 30-day time period required by 28 U.S.C. §1446(b).

3.    Defendants' answer, motion or other response to the Complaint is due February 22, 2006, which time has not expired.



4.  Additional time is necessary to prepare and file an adequate response, and the requested extension is not sought for purposes of undue delay.

5.  On February 15, 2006, the parties conferred and counsel for Plaintiff agreed to the requested 10-day extension.

WHEREFORE, Defendants pray for entry of an Order, extending by 10-days, to and including March 6, 2006, the time within which they may answer, move or otherwise respond to the Complaint.

Respectfully submitted,

JENKENS & GILCHRIST
A Professional Corporation

By:_____ *Steve A. Ramon w/ permission*
SEAGAL V. WHEATLEY   *SB# 00797827*
Jenkens & Gilchrist, P.C.
112 East Pecan, Suite 900
San Antonio, Texas 78205
Telephone:  210-246-5000
Fax:  210-246-5999

ELLEN SESSIONS
Jenkens & Gilchrist, P.C.
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone:  214-855-4500
Fax:  214-855-4300

Attorneys for Defendants HENNESSEE
GROUP LLC, ELIZABETH LEE
HENNESSEE AND CHARLES
GRADANTE

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to

the following counsel of record by certified mail, return receipt requested, on this 16th day

of February, 2006:


Stephen Allison
Jeffrey Prince
Attorneys at Law
HAYNES & BOONE, LLP
112 East Pecan Street, Suite 1600
San Antonio, Texas 78205-1540

Brian D. Hail
Attorney at Law
HAYNES & BOONE, LLP
153 East 53rd Street, Suite 4900
New York, New York 10022


SEAGAL V. WHEATLEY   *Steve A. Ramon w/ permission*

DALLAS3 1150040v1 69297-00001