IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
FEB 23 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| TRAVIS CO. JOINT VENTURE, ROGER C. HILL, SR., AND BRUCE HILL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| VS. | ) ) | CIVIL ACTION NO. SA-06-CA-0146-FB |
| HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE and CHARLES J. GRADANTE, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANTS' MOTION FOR 10-DAY
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This Court having received Defendants' Motion For 10-Day Extension Of Time To Respond To Complaint, being duly and fully advised in the premises, and finding that such Motion should be granted:

IT SHALL BE AND IS HEREBY ORDERERED THAT:

Defendants shall have to and including March 6, 2006, to answer, move or otherwise respond to the Complaint.

ORDERED, this 23rd day of February, 2006.

_____
Judge, United States District Court
FRED BIERY