IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

2006 MAR -6 A 11: 38

CLERK US DIST COURT
              OF TEXAS

BY _____

| | | |
|---|---|---|
| TRAVIS CO. JOINT VENTURE, ROGER C. HILL, SR., AND BRUCE HILL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| VS. | ) ) | CIVIL ACTION NO. SA-06-CA-0146-FB |
| HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE and CHARLES J. GRADANTE, | ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME OF 30-DAYS IN WHICH DEFENDANTS HAVE TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE and CHARLES GRADANTE ("Defendants"), by and through their counsel, move, pursuant to Local Rule CV-7, for entry of an Order, extending by 30-days through and including Thursday, April 6, 2006, the time period in which Defendants have to answer, move or otherwise respond to the complaint.

1. On or about December 30, 2005, Plaintiffs filed their Petition against Defendants for (1) negligence, (2) negligent misrepresentation, and (3) breach of fiduciary duty, in the 131st Judicial District Court of Bexar County, Texas.

2. On or about February 15, 2006, Defendants timely filed a Notice of Removal within the 30-day time period required by 28 U.S.C. §1446(b).

3. On or about February 16, 2006, Defendants filed their unopposed motion for an extension of time in which to answer, move or otherwise respond to the Complaint, through and including March 6, 2006.

4. Since that time, the parties have conferred and counsel for Plaintiffs indicated that Plaintiffs are contemplating filing an amended complaint. In light of the foregoing, the parties have agreed to extend by 30-days the time in which Defendants have to answer, move or otherwise respond to the Complaint.

WHEREFORE, Defendants pray for entry of an Order, extending by 30-days, to and including April 6, 2006, the time within which they may answer, move or otherwise respond to the Complaint.

Respectfully submitted,

JENKENS & GILCHRIST
A Professional Corporation

By: _____

ELLEN SESSIONS
Jenkins & Gilchrist
*A Professional Corporation*
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
(214) 855-4500
214) 855-4300 (Fax)

SEAGAL V. WHEATLEY        State of Texas
Jenkens & Gilchrist,              Bar #
*A Professional Corporation*   21252000
112 East Pecan, Suite 900
San Antonio, Texas 78205
(210) 246-5000
(210) 246-5999 (Fax)

2

Attorneys for Defendants HENNESSEE
GROUP LLC, ELIZABETH LEE
HENNESSEE AND CHARLES
GRADANTE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record on this __6__ day of March, 2006:

Stephen Allison
Jeffrey Prince
Attorneys at Law
HAYNES & BOONE, LLP             VIA CERTIFIED MAIL
112 East Pecan Street, Suite 1600
San Antonio, Texas 78205-1540

Brian D. Hail
Attorney at Law
HAYNES & BOONE, LLP             VIA CERTIFIED MAIL
153 East 53rd Street, Suite 4900
New York, New York 10022

_____
ELLEN SESSIONS

4