IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR - 8 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| TRAVIS CO. JOINT VENTURE, ROGER C. HILL, SR., AND BRUCE HILL, <br><br> Plaintiffs, <br><br> VS. <br><br> HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE and CHARLES J. GRADANTE, <br><br> Defendants. | CIVIL ACTION NO. SA-06-CA-0146-FB |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

This Court having received Defendants' Unopposed Motion For 30-Day Extension Of Time To Answer, Move or Otherwise Respond To Complaint, being duly and fully advised in the premises, and finding that such Motion should be granted:

IT SHALL BE AND IS HEREBY ORDERERED THAT:

Defendants shall have to and including April 6, 2006, to answer, move or otherwise respond to the Complaint.

ORDERED, this _7_ day of March, 2006.

_____
Judge, United States District Court
FRED BIERY

7