IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2006 APR -5 A 11:09

| | | |
|---|---|---|
| TRAVIS CO. JOINT VENTURE, | § | |
| ROGER C. HILL, SR., & BRUCE HILL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CASE NO. 06-CV-146 |
| | § | |
| HENNESSEE GROUP, L.L.C., | § | |
| ELIZABETH LEE HENNESSEE | § | |
| and CHARLES J. GRADANTE | § | |
| | § | |
| Defendants. | § | |

## MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiffs Travis Co. Joint Venture, Roger C. Hill, Sr. and Bruce Hill, and file this Motion for Substitution of Counsel, requesting the Court to grant permission to substitute Pipkin, Oliver & Bradley, L.L.P. and Marvin G. Pipkin (State Bar No. 16026600) 1020 N.E. Loop 410, Suite 810, San Antonio, Texas 78209, telephone number (210) 820-0082, facsimile number (210) 820-0077, as their attorneys of record in this cause. Plaintiffs hereby pray the Court enter an Order to substitute Pipkin, Oliver & Bradley, L.L.P. and Marvin G. Pipkin as attorneys of record and further pray to the Court to discharge Stephen Allison, Jeffrey Prince and Haynes and Boone, L.L.P., as their attorneys of record.

1

Respectfully submitted,

HAYNES AND BOONE, L.L.P.
112 E. Pecan Street, Suite 1600
San Antonio, Texas 78205-1540
Telephone: (210) 978-7000
Facsimile: (210) 978-7450

By: _____
Stephen Allison
State Bar No. 01091500
Jeffrey C. Prince
State Bar No. 00794993

**ATTORNEYS FOR PLAINTIFFS**

## *CERTIFICATE OF SERVICE*

I hereby certify that a true and correct copy of the foregoing document has been sent via certified mail, return receipt requested and facsimile to the following counsel of record on this the 5th day of April, 2006:

Seagal V. Wheatley
Jenkens & Gilchrist, P.C.
113 E. Pecan Street, Suite 900
San Antonio, Texas 78205-1533

Ellen Bush Sessions
Jenkens & Gilchrist, P.C.
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202-2799

_____

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRAVIS CO. JOINT VENTURE, ROGER C. HILL, SR., & BRUCE HILL | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 06-CV-46 |
| HENNESSEE GROUP, L.L.C., ELIZABETH LEE HENNESSEE and CHARLES J. GRADANTE | § § § § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

On this date came on to be considered the Motion for Substitution of Counsel filed by Plaintiffs Travis Co. Joint Venture, Roger Hill, Sr., and Bruce Hill. After considering the Motion and the status of the case, the Court is of the opinion that the Motion should hereby be GRANTED.

It is therefore ORDERED that Pipkin, Oliver & Bradley, L.L.P. and Marvin G. Pipkin be substituted in the place of Stephen Allison, Jeffrey Prince and Haynes and Boone, L.L.P. as counsel of record for Plaintiffs in this matter.

It is further ORDERED that all future pleadings, notices, discovery, correspondence and communications pertinent to this case and/or directed to Travis Co. Joint Venture, Roger C. Hill, Sr., and Bruce Hill be submitted to Pipkin, Oliver & Bradley, L.L.P., at the following address:

PIPKIN, OLIVER & BRADLEY, L.L.P.
1020 N.E. Loop 410, Suite 810
San Antonio, Texas 78205
Telephone: (210) 820-0082
Facsimile: (210) 820-0077

SIGNED this _____ day of _____, 2006.

_____
JUDGE PRESIDING

2