UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2006 APR 13 A 11: 30

| | | |
|---|---|---|
| TRAVIS CO. JOINT VENTURE, ROGER C. HILL, SR., AND BRUCE HILL, | § § § | |
| Plaintiffs | § § | |
| VS. | § § | CIVIL ACTION NO. SA-06-CA-0146-FB |
| HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE and CHARLES J. GRADANTE | § § § § | |
| Defendants | § § | |

## DEFENDANTS' MOTION FOR ENTRY OF AN ORDER GRANTING ATTORNEYS PERMISSION TO APPEAR *PRO HAC VICE*

Defendants Hennessee Group, Charles Gradante and E. Lee Hennessee ("Defendants"), by their attorneys, respectfully request entry of an Order granting Bennett Falk and Brian Amery permission to appear *pro hac vice* as additional attorneys for Defendants in this case. In support of this motion Defendants state:

1. Bennett Falk and Brian Amery are members of the law firm of Bressler, Amery & Ross, P.C., a law firm with its main office located at 325 Columbia Turnpike, Florham Park, New Jersey 07932; telephone (973)-514-1200. Mr. Amery is a member in the firm's New Jersey and New York offices. Mr. Falk is a member in the firm Florida office located at 2801 SW 149th Street, Suite 300, Miramar, Florida 33027; telephone (954)-499-7979.

2. Mr. Falk is admitted to practice and is a member in good standing of the bars of the State of Florida and New York. Mr. Falk was admitted to practice law in New York in 1969 and was admitted to practice law in Florida in 1976. He is also admitted to practice and is in

good standing before the following federal courts: the United States Supreme Court; U.S. Court of Appeals, Second Circuit; U.S. Court of Appeals, Fifth Circuit; and U.S. Court of Appeals, Eleventh Circuit.

3. Mr. Amery is admitted to practice and is a member in good standing of the bars of the States of New York and New Jersey. Mr. Amery was admitted to practice law in New York in 1975 and was admitted to practice law in New Jersey in 1980. He is also admitted to practice and is in good standing before the following federal courts: U.S. District Court, Eastern District of New York; U.S. District Court, Southern District of New York; U.S. Court of Appeals, Second Circuit; and U.S. Court of Appeals, Third Circuit.

4. Bennett Falk and Brian Amery hereby certify that they will abide by all governing rules. For the Court's convenience, Notices of Appearance for Bennett Falk and Brian Amery are being filed contemporaneous with this motion.

5. The required filing fees are being tendered to the court.

**WHEREFORE**, Defendants pray for entry of an Order granting Bennett Falk and Brian Amery permission to appear *pro hac vice* as additional attorneys for Defendants in this case.

Respectfully submitted,

JENKENS & GILCHRIST, P.C.

By: _____
SEAGAL WHEATLEY
Jenkens & Gilchrist, P.C.
112 East Pecan, Suite 900
San Antonio, Texas 78205
Telephone: 210-246-5000
Fax: 210-246-5999

2

ELLEN SESSIONS
Jenkins & Gilchrist, P.C.
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: 210-855-4500
Fax: 214-855-4300

BENNETT FALK
BRIAN AMERY
Bressler, Amery & Ross, PC
Huntington Centre II
2801 SW 149th Avenue
Miramar, FL 33027
Telephone: 954-430-7811 (Falk)
Fax: 954-499-7969

Attorneys for Defendants HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE AND CHARLES GRADANTE

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record by certified mail, return receipt requested, on this __13__ day of April, 2006.

Marvin G. Pipkin
PIPKIN, OLIVER & BRADLEY, LLP
1020 N.E. Loop 410, Suite 810
San Antonio, Texas  78205

_____
SEAGAL WHEATLEY

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRAVIS CO. JOINT VENTURE, ROGER C. HILL, SR., AND BRUCE HILL, | § § § | |
| Plaintiffs | § § | |
| VS. | § § | CIVIL ACTION NO. SA-06-CA-0146-FB |
| HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE and CHARLES J. GRADANTE | § § § § § | |
| Defendants | § § | |

**ORDER GRANTING BENNETT FALK AND BRIAN AMERY PERMISSION TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANTS**

This Court having received "Defendants' Motion for Entry of an Order Granting Attorneys Permission to Appear *Pro Hac Vice* ("Motion"), being duly and fully advised in the premises, and finding that such Motion should be granted:

IT SHALL BE AND IS HEREBY ORDERERED THAT:

Bennett Falk and Brian Amery are granted permission to appear *Pro Hac Vice* as additional attorneys for Defendants in this case. The Clerk, is directed to detach the Appearances of Bennett Falk and Brian Amery attached to the motion and file them as of the date of this Order.

786089_1

The address for service upon these additional attorneys is:

Bennett Falk
Brian Amery
Bressler, Amery & Ross, P.C
2801 SW 149th Avenue, Suite 300
Miramar, Florida 33027
Tel. No. 954-499-7979
Fax No. 954-499-7969


ORDERED, this _____ day of April, 2006.


_____
Judge, United States District Court

Copies to:

Marvin G. Pipkin
PIPKIN, OLIVER & BRADLEY, LLP.
1020 N.E. Loop 410, Suite 810
San Antonio, Texas 78205

ELLEN SESSIONS
Jenkins & Gilchrist, P.C.
1445 Ross Avenue, Suite 3700
Dallas, Texas 78205
Telephone: 210-855-4500
Facsimile: 210-855-4300

SEAGAL WHEATLEY
Jenkins & Gilchrist, P.C.
112 East Pecan Street, Suite 900
San Antonio, Texas 78205
Telephone: 210-246-5000
Facsimile: 210-246-5999

BENNETT FALK
BRIAN AMERY
2801 SW 149th Avenue, Suite 300
Miramar, Florida 33027
Telephone: 954-499-7979
Facsimile: 954-499-7969

2