IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2006 APR 13 A 11: 33

| | |
|---|---|
| TRAVIS CO. JOINT VENTURE, ROGER C. HILL, SR., AND BRUCE HILL,   Plaintiffs | ) ) ) ) ) |
| VS. | ) CIVIL ACTION NO. SA-06-CA-0146-FB ) ) |
| HENNESSEE GROUP, LLC, ELIZABETH LEE HENNESSEE and CHARLES J. GRADANTE,   Defendants | ) ) ) ) ) ) |

## APPEARANCE OF BENNETT FALK

Bennett Falk hereby enters his appearance as an additional attorney for Defendants, Hennessee Group, LLC, Elizabeth Lee Hennessee and Charles J. Gradante.

Respectfully submitted,

Bennett Falk, Esq.
Bressler, Amery & Ross, P.C.
2801 S.W. 149th Avenue, Suite 300
Miramar, Florida 33027
Tel. No. (954) 499-7979
Facsimile (954) 499-7969
bfalk@bressler.com

Attorneys for Defendants Hennessee Group, LLC, Charles Gradante and Elizabeth Lee Hennessee

785734_1