IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2006 APR 13 A 11: 32

| | |
|---|---|
| TRAVIS CO. JOINT VENTURE, ROGER ) <br> C. HILL, SR., AND BRUCE HILL, ) <br> ) <br>     Plaintiffs ) <br> ) <br> VS. ) <br> ) <br> HENNESSEE GROUP, LLC, ELIZABETH ) <br> LEE HENNESSEE and CHARLES J. ) <br> GRADANTE, ) <br> ) <br>     Defendants ) | CIVIL ACTION NO. SA-06-CA-0146-FB |

## APPEARANCE OF BRIAN F. AMERY

Brian Amery hereby enters his appearance as an additional attorney for Defendants, Hennessee Group, LLC, Elizabeth Lee Hennessee and Charles J. Gradante.

Respectfully submitted,

Brian Amery, Esq.
Bressler, Amery & Ross, P.C.
325 Columbia Turnpike
Florham Park, New Jersey 07932
Tel. No. (973)-514-1200
Facsimile (973)-514-1660
bamery@bressler.com

Attorneys for Defendants Hennessee Group, LLC, Charles Gradante and Elizabeth Lee Hennessee