IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
APR 19 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| TRAVIS CO. JOINT VENTURE, § | |
| ROGER C. HILL, SR., & BRUCE HILL § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CASE NO. 06-CV-46 FB |
| § | |
| HENNESSEE GROUP, L.L.C., § | |
| ELIZABETH LEE HENNESSEE § | |
| and CHARLES J. GRADANTE § | |
| § | |
| Defendants. § | |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME

On this date came on to be considered the Agreed Motion for Extension of Time filed by Plaintiffs Travis Co. Joint Venture, Roger Hill, Sr., and Bruce Hill. After considering the Motion, the parties' agreement, and the status of the case, the Court is of the opinion that the Motion should hereby be GRANTED.

It is therefore ORDERED that Plaintiffs will file an amended complaint on or before April 17, 2006;

It is further ORDERED that Defendants are excused from responding to the initial state court petition.

It is further ORDERED that Defendants will answer, move, or otherwise respond to the amended complaint on or before May 15, 2006.

SIGNED this ___19___ day of ___April___, 2006.

_____
JUDGE PRESIDING
FRED BIERY
UNITED STATES DISTRICT JUDGE