IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
APR 19 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| TRAVIS CO. JOINT VENTURE; ROGER C. HILL, SR.; and BRUCE HILL, <br><br> Plaintiffs, <br><br> vs. <br><br> HENNESSEE GROUP LCC; ELIZABETH LEE HENNESSEE; and CHARLES J. GRADANTE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. SA-06-CA-146-FB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING LEAVE TO APPEAR PRO HAC VICE

Before the Court is Defendants' Motion for Entry of An Order Granting Attorneys Permission to Appear Pro Hac Vice (docket no. 10) filed by defendants seeking leave for Bennett Falk and Brian Amery to appear as co-counsel for defendants.

The Court hereby GRANTS (docket no. 10) Mr. Falk and Mr. Amery leave to appear pro hac vice as attorney-in-charge in this cause. The Court further ORDERS that counsel familiarize themselves with the Local Court Rules for the Western District of Texas. Should counsel apply to appear pro hac vice in any other action in the Western District of Texas, counsel shall advise this Court of such application. The Court will then order counsel to apply for admission to the Western District of Texas.

All counsel are ordinarily required to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance pro hac vice in any case. However, this Court has made an exception for out-of-district counsel if his or her practice in the Western District will be limited to one case. Should counsel desire to appear in another case in the



district pro hac vice, it is their duty to notify the Court in which they appear of this earlier application.

It is so ORDERED.

SIGNED this ___19___ day of April, 2006.

                    FRED BIERY
                    UNITED STATES DISTRICT JUDGE