IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
APR 24 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| TRAVIS CO. JOINT VENTURE, ROGER C. HILL, SR., & BRUCE HILL | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 06-CV-46 HLH |
| HENNESSEE GROUP, L.L.C., ELIZABETH LEE HENNESSEE and CHARLES J. GRADANTE | § § § § § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

On this date came on to be considered the Motion for Substitution of Counsel filed by Plaintiffs Travis Co. Joint Venture, Roger Hill, Sr., and Bruce Hill. After considering the Motion and the status of the case, the Court is of the opinion that the Motion should hereby be GRANTED.

It is therefore ORDERED that Pipkin, Oliver & Bradley, L.L.P. and Marvin G. Pipkin be substituted in the place of Stephen Allison, Jeffrey Prince and Haynes and Boone, L.L.P. as counsel of record for Plaintiffs in this matter.

It is further ORDERED that all future pleadings, notices, discovery, correspondence and communications pertinent to this case and/or directed to Travis Co. Joint Venture, Roger C. Hill, Sr., and Bruce Hill be submitted to Pipkin, Oliver & Bradley, L.L.P., at the following address:

PIPKIN, OLIVER & BRADLEY, L.L.P.
1020 N.E. Loop 410, Suite 810
San Antonio, Texas 78205
Telephone: (210) 820-0082
Facsimile: (210) 820-0077

SIGNED this 24th day of April, 2006.

                                                JUDGE PRESIDING
                                                FRED BIERY
                                                UNITED STATES DISTRICT JUDGE