IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2006 APR 25 P 4: 07
CLERK US DIST COURT
TEXAS
BY _____

| | | |
|---|---|---|
| TRAVIS CO. J.V., ROGER HILL, SR. and CHRISTOPHER HILL | § § § § § | |
| Plaintiffs, | § § | |
| v. | § | CASE NO. 06-CV-146 |
| HENNESSEE GROUP, L.L.C., ELIZABETH LEE HENNESSEE and CHARLES J. GRADANTE | § § § § § | |
| Defendants. | § | |

## MOTION TO STAY CLAIMS PENDING ARBITRATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiffs Travis Co. J.V., Roger Hill, Sr., and Christopher Hill (collectively, "Plaintiffs"), and file this Motion to Stay Claims Pending Arbitration seeking to have Plaintiffs claims against Elizabeth Lee Hennessee abated pending arbitration of those claims before the NASD. In support of this Motion, Plaintiffs state as follows:

1. In December 2005, Travis Co. J.V., Roger Hill, Sr., and Bruce Hill filed this lawsuit against defendants in Bexar County District Court. Shortly thereafter, defendants removed that case to federal court. Plaintiffs amended their complaint on April 17, 2006. With their latest pleading, former plaintiff Bruce Hill abandoned his claims and Chris Hill was added as a Plaintiff.

2. On Friday, April 22, 2006, all of the current Plaintiffs submitted online claims against Elizabeth Lee Hennessee to the National Association of Securities Dealers. The NASD Statement of Claim is substantially similar to the claims against Ms. Hennessee pending in this court.

1



3. Ms. Hennesssee is a licensed securities broker and an associated person of an NASD member firm. Plaintiffs claims arise out of Ms. Hennessee's business. Thus, Plaintiffs are entitled to bring their claims against Ms. Hennessee before the NASD for arbitration. NASD Rule 10310(a).

4. To avoid duplicative proceedings against Ms. Hennessee, Plaintiffs request pursuant to the Federal Arbitration Act, 9 U.S.C. §3, that this Court stay the trial of their federal court action against her until arbitration has been completed. Plaintiffs, however, request that the court continue its jurisdiction for purposes of enforcing subpoenas to compel attendance of witnesses at deposition or at the arbitration hearing, and/or for confirming any arbitration award that may be entered. 9 U.S.C. §§ 7, 9.

WHEREFORE, premises considered, Plaintiffs request that the Court stay all pending claims by Plaintiffs against Defendant Elizabeth Lee Hennessee pending arbitration before NASD.

Respectfully submitted,

PIPKIN, OLIVER & BRADLEY, L.L.P.
1020 N.E. Loop 410, Suite 810
San Antonio, Texas 78209
Telephone: (210) 820-0082
Facsimile: (210) 930-8500

By: _____
MARVIN G. PIPKIN
State Bar No. 16026600
KORTNEY M. KLOPPE-ORTON
State Bar No. 00794104
**ATTORNEYS FOR PLAINTIFFS**

## *CERTIFICATE OF SERVICE*

I hereby certify that a true and correct copy of the foregoing document has been sent via certified mail, return receipt requested, to the following counsel of record on this the 25th day of April, 2006:

2

Seagal V. Wheatley
Jenkens & Gilchrist, P.C.
113 E. Pecan Street, Suite 900
San Antonio, Texas 78205-1533

Ellen Bush Sessions
Jenkens & Gilchrist, P.C.
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202-2799

Bennett Falk
Brian Amery
Matt Wolper
Bressler, Amery & Ross, P.C.
2801 S.W. 149th Ave., Suite 300
Miramar, Florida 33027

                                                      */s/ Kortney Kloppe-Orton*
                                                      Kortney M. Kloppe-Orton

3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRAVIS CO. J.V., <br> ROGER HILL, SR. and <br> CHRISTOPHER HILL <br><br> Plaintiffs, <br><br> vi. <br><br> HENNESSEE GROUP, L.L.C., <br> ELIZABETH LEE HENNESSEE <br> and CHARLES J. GRADANTE <br><br> Defendants. | § § § § § § § § § § § § § § | CASE NO. 06-CV-146 |

## ORDER ON MOTION TO STAY

On this day, Plaintiffs' Motion to Stay Claims Pending Arbitration came before the Court. After considering the Motion, the status of the case, and the authorities presented, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that the above-caption claims as they relate to Defendant Elizabeth Lee Hennessee are hereby STAYED pending NASD arbitration of Plaintiffs substantially similar claims against Ms. Hennessee.

SIGNED this _____ day of _____, 2006.


_____
Fred Biery
United States District Judge

4