FILED

2006 APR 26 PM 12: 15

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRAVIS CO. J.V., ROGER HILL, SR. and CHRISTOPHER HILL | § § § § § | |
| Plaintiffs, | § § | |
| v. | § | CASE NO. 06-CV-146 |
| HENNESSEE GROUP, L.L.C., ELIZABETH LEE HENNESSEE and CHARLES J. GRADANTE | § § § § § | |
| Defendants. | § | |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STAY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiffs Travis Co. J.V., Roger Hill, Sr., and Christopher Hill (collectively, "Plaintiffs"), and file this Response to Defendants' Motion to Stay stating as follows:

Defendants have requested that this case be stayed because the Judicial Panel on Multi-District Litigation ("JPMDL") consolidated four cases for pre-trial proceedings that are related to the failure of the Bayou Group hedge funds. They cite no authority for staying this case, but simply state that they are informing the JPMDL of the existence of this case and believe that this case also will be transferred.

As an initial matter, Plaintiffs have not yet received any letter to the JPMDL. So, it is unclear whether Defendants have even made their purported request to have the case transferred. But assuming that Defendants have already requested the JPMDL transfer this case, Plaintiffs will oppose transfer.

1



Plaintiffs' Amended Complaint states claims against Hennessee Group and its principals (not Bayou) for breach of contract, breach of fiduciary duty, fraud/negligent misrepresentation, negligence/gross negligence, violations of the Texas Deceptive Trade Practice Act and Texas Securities Act, and federal securities violations. All of these claims are focused on the conduct of Hennessee Group, LLC and its principals, Hennessee and Gradante, in the marketing and provision of Hennesse Group's services to Plaintiffs. The claims are only indirectly related to the litigation against Bayou Group that arises from Bayou Group's fraud. As such, these claims will focus on the practices of Defendants, including their marketing claims, their due diligence and research processes, and their methods of investigating hedge funds for their clients. It will not focus on the details of the Bayou Group's financial dealings as claims against Bayou Group would do. Thus, Plaintiffs believe the Judicial Panel on Multi-District Litigation is likely to decline to transfer this case. Regardless, until the issue is decided, the case remains before this Court and this Court should proceed with it.

In particular, Plaintiffs have a motion pending that requests that the Court stay Plaintiffs' claims against Defendant Elizabeth Lee Hennessee pending resolution of their NASD arbitration claims against her. This issue will have to be decided regardless of where pre-trial proceedings on this case are held. Thus, the Court should not delay its decision on Plaintiffs' Motion to Stay by staying all proceedings because of a request to transfer the case to New York that may not have been made yet and that certainly has not yet been decided.

WHEREFORE, premises considered, Plaintiffs request that the Court deny Defendants' Motion to Stay Proceedings in Light of the Consolidation of All Bayou Related Cases and proceed with the resolution of Plaintiffs' Motion to Stay Pending Arbitration that relates to the claims against Defendant Elizabeth Lee Hennessee.

Respectfully submitted,

PIPKIN, OLIVER & BRADLEY, L.L.P.
1020 N.E. Loop 410, Suite 810
San Antonio, Texas 78209
Telephone: (210) 820-0082
Facsimile: (210) 930-8500


By: *Kortney Kloppe-Orton*
MARVIN G. PIPKIN
State Bar No. 16026600
KORTNEY M. KLOPPE-ORTON
State Bar No. 00794104
**ATTORNEYS FOR PLAINTIFFS**


## *CERTIFICATE OF SERVICE*

I hereby certify that a true and correct copy of the foregoing document has been sent via certified mail, return receipt requested, to the following counsel of record on this the 26 th day of April, 2006:

Seagal V. Wheatley
Jenkens & Gilchrist, P.C.
113 E. Pecan Street, Suite 900
San Antonio, Texas 78205-1533

Ellen Bush Sessions
Jenkens & Gilchrist, P.C.
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202-2799

Bennett Falk
Brian Amery
Matt Wolper
Bressler, Amery & Ross, P.C.
2801 S.W. 149th Ave., Suite 300
Miramar, Florida 33027


*Kortney Kloppe-Orton*
Kortney M. Kloppe-Orton

3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRAVIS CO. J.V., <br> ROGER HILL, SR. and <br> CHRISTOPHER HILL <br><br> Plaintiffs, <br><br> vi. <br><br> HENNESSEE GROUP, L.L.C., <br> ELIZABETH LEE HENNESSEE <br> and CHARLES J. GRADANTE <br><br> Defendants. | § § § § § § § § § § § § § § | CASE NO. 06-CV-146 |

## ORDER ON DEFENDANTS' MOTION TO STAY PROCEEDINGS

On this day, Defendants' Motion to Stay Proceedings in Light of the Consolidation of All Bayou Cases in the Southern District of New York came before the Court. After considering the Motion, the status of the case, and the authorities and arguments presented by counsel, the Court is of the opinion that the Motion should be and hereby is DENIED.

SIGNED this _____ day of _____, 2006.

_____
Fred Biery
United States District Judge