IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TRAVIS CO. J.V., ROGER C. HILL, SR., AND CHRISTOPHER HILL, <br><br> Plaintiffs, <br><br> VS. <br><br> HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE and CHARLES J. GRADANTE, <br><br> Defendants. | ) ) ) ) ) ) ) CIV. ACTION NUMBER: SA-06-CA-0146 FB ) ) ) ) ) ) |

FILED
MAY 11 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO STAY CLAIMS PENDING ARBITRATION

This Court having received Defendants' Motion For Extension Of Time To Respond To Plaintiffs' Motion To Stay Claims Pending Arbitration, being duly and fully advised in the premises, and finding that such Motion should be granted:

IT SHALL BE AND IS HEREBY ORDERERED THAT:

Defendants shall have to and including May 15, 2006, to file their Response to Plaintiffs' Motion to Stay Claims Pending Arbitration.

ORDERED, this _11_ day of May, 2006.

_____
Judge, United States District Court
FRED BIERY