FILED
2006 MAY 16 AM 10:58
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRAVIS CO. J.V., ROGER C. HILL, SR., AND CHRISTOPHER HILL, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § § | CIV. ACTION NO. SA-06-CA-0146-FB |
| HENNESSEE GROUP, LLC, ELIZABETH LEE HENNESSEE and CHARLES J. GRADANTE | § § § § | |
| Defendants. | § § | |

**DEFENDANTS' FIRST AMENDED BRIEF IN SUPPORT OF ITS MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO FRCP RULES 10(b), 9(b) AND 12(b)(6)**

---

SEAGAL WHEATLEY
Jenkens & Gilchrist, P.C.
112 East Pecan, Suite 900
San Antonio, Texas 78209
Telephone: 210-246-5000
Fax: 210-246-5999

ELLEN SESSIONS
Jenkens & Gilchrist, P.C.
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: 210-855-4500
Fax: 214-855-4300

BENNETT FALK
Bressler, Amery & Ross, P.C.
2801 SW 149th Avenue, Suite 300
Miramar, Florida 33027
Telephone: 954-499-7979
Facsimile: 954-499-7969

Attorneys for Defendants Hennessee Group
LLC, Charles Gradante and Elizabeth Lee Hennessee

SANANTONIO 458742v1 69297-00001

On May 15, 2006 Defendants filed their Brief in Support of It's Motion to Dismiss The First Amended Complaint Pursuant to FRCP Rules 10(b), 9(b) and 12(b)(6) and Exhibit "A" was inadvertently left off. Therefore, please find attached hereto Exhibit "A" which should be incorporated into Defendants' Brief in Support of It's Motion to Dismiss The First Amended Complaint Pursuant to FRCP Rules 10(b), 9(b) and 12(b)(6)

There is nothing substantially different other than the exhibit being excluded from the original filing.

Respectfully submitted,

JENKENS & GILCHRIST, P.C.

By: /s/ Seagal Wheatley
SEAGAL WHEATLEY
Jenkens & Gilchrist, P.C.
112 East Pecan, Suite 900
San Antonio, Texas 78209
Telephone: 210-246-5000
Fax: 210-246-5999

ELLEN SESSIONS
Jenkens & Gilchrist, P.C.
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: 210-855-4500
Fax: 214-855-4300

BENNETT FALK
BRIAN AMERY
Bressler, Amery & Ross, PC
Huntington Centre II
2801 SW 149th Avenue, Suite 300
Miramar, FL 33027
Telephone: 954-499-7979

2

Fax: 954-499-7969

Attorneys for Defendants HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE AND CHARLES GRADANTE

## CERTIFICATE OF SERVICE

I hereby certify that on this 16 day of May, 2006, a copy of the foregoing First Amended Brief in Support of Defendants' Motion to Dismiss the First Amended Complaint Pursuant to FRCP Rules 10(b), 9(b) and 12(b)(6) was forwarded to the following counsel of record by certified mail, return receipt requested.

Marvin G. Pipkin
Kortney M. Kloppe-Orton
PIPKIN, OLIVER & BRADLEY, LLP
1020 N.E. Loop 410, Suite 810
San Antonio, Texas 78205

_____
SEAGAL WHEATLEY

3

SANANTONIO 458742v1 69297-00001

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

Notice of Document/Attachment(s)/Pages Not Imaged

See Case File to View/Copy
Document/Attachment(s)

___  Document and/or attachments exceed 100 pages.

___  Transcript

___  Exhibits or attachments submitted in binders or spiral notebooks

_X_  **Exhibits to Document not imaged**

___  **Sealed**