IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

TRAVIS CO. J.V., )
ROGER C. HILL, SR., )
and CHRISTOPHER HILL, )
 )
    Plaintiffs, )
 )    CIVIL ACTION NO. SA-06-CA-0146-FB
VS. )
 )
HENNESSEE GROUP, LLC, ELIZABETH )
LEE HENNESSEE and CHARLES J. )
GRADANTE, )
 )
    Defendants )

## DEFENDANTS' FIRST AMENDED OPPOSITION TO PLAINTIFFS' MOTION TO STAY CLAIMS PENDING ARBITRATION

    Defendants Hennessee Group, Charles Gradante and Elizabeth Lee Hennessee ("Defendants") hereby file their First Amended Opposition to Plaintiffs' Motion to Stay Claims Pending Arbitration.

    On May 15, 2006 Defendants filed their Opposition to Plaintiffs' Motion to Stay Claims Pending Arbitration and Exhibit "A" was inadvertently left off. Therefore, please find attached hereto Exhibit "A" which should be incorporated into Defendants Opposition to Plaintiffs' Motion to Stay Claims Pending Arbitration.

    There is nothing substantially different between the Opposition to Plaintiffs' Motion to Stay Claims Pending Arbitration and the First Amended Opposition to Plaintiffs' Motion to Stay Claims Pending Arbitration other than the exhibit being excluded from the original filing.

Respectfully submitted,

Bressler, Amery & Ross, P.C.

By: _____
SEAGAL WHEATLEY
Jenkens & Gilchrist, P.C.
112 East Pecan, Suite 900
San Antonio, Texas 78209
Telephone: 210-246-5000
Fax: 210-246-5999

ELLEN SESSIONS
Jenkens & Gilchrist, P.C.
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: 210-855-4500
Fax: 214-855-4300

BENNETT FALK
BRIAN AMERY
Bressler, Amery & Ross, PC
Huntington Centre II
2801 SW 149th Avenue
Miramar, FL   33027
Telephone: 954-499-7979
Fax: 954-499-7969


Attorneys for Defendants HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE AND CHARLES GRADANTE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record by certified mail, return receipt requested, on this 15 day of May, 2006.

Marvin G. Pipkin
Kortney Kloppe-Orton
PIPKIN, OLIVER & BRADLEY, LLP
1020 N.E. Loop 410, Suite 810
San Antonio, Texas 78205

_____
SEAGAL WHEATLEY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

Notice of Document/Attachment(s)/Pages Not Imaged

See Case File to View/Copy
Document/Attachment(s)

___ Document and/or attachments exceed 100 pages.

___ Transcript

___ Exhibits or attachments submitted in binders or spiral notebooks

**X** **Exhibits to Document not imaged**

___ Sealed