IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRAVIS CO. JOINT VENTURE, § | | |
| ROGER C. HILL, SR., & § | | |
| CHRISTOPHER HILL § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | | CASE NO. 06-CV-146 |
| § | | |
| HENNESSEE GROUP, L.L.C., § | | |
| ELIZABETH LEE HENNESSEE § | | |
| and CHARLES J. GRADANTE § | | |
| § | | |
| Defendants. § | | |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY

TO THE HONORABLE COURT:

NOW COME Plaintiffs Travis Co. J.V., Roger C. Hill, Sr. and Christopher Hill, and file this Motion for Leave to File Supplemental Reply and, in support, state as follows:

Plaintiffs filed a Motion to Stay Claims Pending Arbitration to which Defendants responded on May 15, 2006 with Defendants' Opposition to Plaintiffs' Motion to Stay Claims Pending Arbitration ("Opposition to Stay"). In Defendants' Opposition to Stay, one reason Defendants gave for why the Court should deny the requested stay is that Plaintiffs' NASD arbitration is improper because a putative class action is pending in the Southern District of New York that covers Plaintiffs' claims. Since filing Plaintiffs' Reply in Support of Plaintiffs' Motion to Stay Claims Pending Arbitration on May 30, 2006, the undersigned has discovered information about that alleged class action that undermines to Defendants' argument that NASD arbitration is improper. Therefore,

Plaintiffs' seek leave to file the Supplemental Reply in Support of Plaintiffs' Motion to Stay Claims Pending Arbitration attached hereto.

Respectfully submitted,

PIPKIN, OLIVER & BRADLEY, L.L.P.
1020 N.E. Loop 410, Suite 810
San Antonio, Texas 78209
Telephone: (210) 820-0082
Facsimile: (210) 930-8500

By: *Kortney Kloppe-Orton*
MARVIN G. PIPKIN
State Bar No. 16026600
KORTNEY M. KLOPPE-ORTON
State Bar No. 00794104
**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via certified mail, return receipt requested, to the following counsel of record on this the 2nd day of June, 2006:

Seagal V. Wheatley
Jenkens & Gilchrist, P.C.
113 E. Pecan Street, Suite 900
San Antonio, Texas 78205-1533

Ellen Bush Sessions
Jenkens & Gilchrist, P.C.
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202-2799

Bennett Falk,
Brian Amery,
Matt Wolper
Bressler, Amery & Ross, P.C.
2801 S.W. 149th Ave., Suite 300
Miramar, Florida 33027

*Kortney Kloppe-Orton*
Kortney M. Kloppe-Orton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRAVIS CO. J.V., <br> ROGER HILL, SR. and <br> CHRISTOPHER HILL <br><br> Plaintiffs, <br><br> v. <br><br> HENNESSEE GROUP, L.L.C., <br> ELIZABETH LEE HENNESSEE <br> and CHARLES J. GRADANTE <br><br> Defendants. | § § § § § § § § § § § § § § | CASE NO. 06-CV-146 |

**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL REPLY**

On this date the Court considered the Plaintiffs' Motion for Leave to File a Supplemental Reply in support of Plaintiffs' Motion to Stay Claims Pending Arbitration. After reviewing Plaintiffs' Motion and the arguments of counsel, the Court is of the opinion that the Motion should be and hereby is GRANTED. Accordingly, the Court ORDERS that Plaintiffs' "Supplemental Reply in Support of Plaintiffs' Motion to Stay Claims Pending Arbitration" be FILED with the Clerk.

SIGNED this _____ day of _____, 2006.

_____
JUDGE PRESIDING