FILED

2006 JUN 12 PM 12: 09

CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TRAVIS CO. J.V., ROGER C. HILL, SR., and CHRISTOPHER HILL, <br><br> Plaintiffs, <br><br> VS. <br><br> HENNESSEE GROUP, LLC, ELIZABETH LEE HENNESSEE and CHARLES J. GRADANTE, <br><br> Defendants | CIVIL ACTION NO. SA-06-CV-0146-FB |

**DEFENDANTS' MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL
MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO STAY**

Defendants Hennessee Group, LLC ("Hennessee Group") Charles Gradante and Elizabeth Lee Hennessee ("Defendants"), hereby request leave of Court to file a Supplemental Memorandum in Opposition to Plaintiffs' Motion to Stay for the sole purpose of addressing factual inaccuracies contained within Plaintiffs' Supplemental Reply in Support of Plaintiffs' Motion to Stay Claims Pending Arbitration ("Supplemental Reply").

On or about June 2, 2006, Plaintiffs filed a Supplemental Reply in Support of Plaintiffs' Motion to Stay Claims Pending Arbitration ("Supplemental Reply"). In Plaintiffs' Supplemental Reply, they allege several factual inaccuracies based on hearsay heard second and third hand. Additionally, Plaintiffs imply that Defendants are attempting to mislead this Court. Without an otherwise fair opportunity to address Plaintiffs' Supplemental Reply, Defendants are left with little choice but to move this Court for leave to file a Supplemental Memorandum in order to defend against these spurious allegations.

795683_1                                                             1

WHEREFORE, Defendants respectfully request that the Court grant Defendants leave to file a Supplemental Memorandum in Opposition to Plaintiffs' Motion to Stay Claims Pending Arbitration.

                                        Respectfully submitted,

                                        BRESSLER, AMERY & ROSS, P.C.

By: _/s/ Bennett Falk_____
      BENNETT FALK
      BRIAN AMERY
      Bressler, Amery & Ross, PC
      Huntington Centre II
      2801 SW 149th Avenue
      Miramar, FL 33027
      Telephone: 954-430-7811 (Falk)
      Fax: 954-499-7969

      SEAGAL WHEATLEY
      Jenkens & Gilchrist, P.C.
      112 East Pecan, Suite 900
      San Antonio, Texas 78209
      Telephone: 210-246-5000
      Fax: 210-246-5999

      ELLEN SESSIONS
      Jenkens & Gilchrist, P.C.
      1445 Ross Avenue, Suite 3700
      Dallas, Texas 75202
      Telephone: 210-855-4500
      Fax: 214-855-4300

      Attorneys for Defendants HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE AND CHARLES GRADANTE

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>12th</u> day of June, 2006, a copy of the foregoing Motion for Leave of Court to File a Supplemental Memorandum in Opposition to Plaintiffs' Motion to Stay Claims Pending Arbitration was forwarded to the following counsel of record by certified mail, return receipt requested.

Marvin G. Pipkin
Kortney M. Kloppe-Orton
PIPKIN, OLIVER & BRADLEY, LLP
1020 N.E. Loop 410, Suite 810
San Antonio, Texas 78205

_____
Seagal Wheatley (by permission)

795683_1                        3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TRAVIS CO. J.V., ROGER C. HILL, SR., AND CHRISTOPHER HILL,<br><br>Plaintiffs,<br><br>VS.<br><br>HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE and CHARLES J. GRADANTE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIV. ACTION NUMBER: SA-06-CA-0146 FB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO STAY CLAIMS PENDING ARBITRATION**

This Court having received Defendants' Motion For Leave Of Court to File Supplemental Memorandum in Opposition to Plaintiffs' Motion to Stay Claims Pending Arbitration, being duly and fully advised in the premises, and finding that such Motion should be granted, states:

IT SHALL BE AND IS HEREBY ORDERERED THAT:

Defendants may file a Supplemental Memorandum in Opposition to Plaintiffs' Motion to Stay Claims Pending Arbitration.

ORDERED, this _____ day of June, 2006.

_____
Judge, United States District Court

Copies to:

BENNETT FALK
Bressler, Amery & Ross, PC
Huntington Centre II
2801 SW 149th Avenue
Miramar, FL 33027
Telephone: 954-499-7979
Fax: 954-499-7969

SEAGAL V. WHEATLEY
Jenkens & Gilchrist,
*A Professional Corporation*
112 East Pecan, Suite 900
San Antonio, Texas 78209
(210) 246-5000
(210) 246-5999 (Fax)

ELLEN SESSIONS
Jenkens & Gilchrist
*A Professional Corporation*
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
(214) 855-4500
214) 855-4300 (Fax)

Marvin G. Pipkin
Kortney Kloppe-Orton
PIPKIN, OLIVER & BRADLEY, LLP
1020 N.E. Loop 410, Suite 810
San Antonio, Texas 78205
Telephone: 201-820-0082
Fax: 210-820-0077