UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

:
:
IN RE BAYOU HEDGE FUND INVESTMENT     :          06 MD 1755 (CM)
LITIGATION                            :
:
------------------------------------------------------------ X

THIS DOCUMENT RELATES TO:
------------------------------------------------------------ X

:
BROAD-BUSSEL FAMILY LIMITED           :          No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIA LOUISE             :
MICHELSOHN, MICHELLE MICHELSOHN, and :
HERBERT BLAINE LAWSON, JR., Individually :
and on Behalf of All Other Persons and Entities :
Similarly Situated,                   :
:
                    Plaintiffs,       :          7:06-CV-11328-CM
:
        vs.                           :
:
BAYOU GROUP LLC, et al.,              :          **Electronically Filed**
:
                    Defendants.       :
:
------------------------------------------------------------

STATE OF FLORIDA            )
                           ) ss.:
COUNTY OF BROWARD           )

        Pursuant to 28 U.S.C. § 1746(2) (2004), I declare under penalty of perjury that the foregoing is true and correct:

1.      My name is Matthew Wolper. I am more than 18 years of age and understand the nature and obligation of an oath. I have personal knowledge of the facts and statements contained in this Declaration and each of them is true and correct. I am an attorney representing Hennessee Group, LLC, Charles Gradante and Elizabeth Lee Hennessee.

2.      I submit this Declaration in support of the Motion to Stay Proceeding and Compel Arbitration filed by Defendants Hennessee Group, LLC, Charles Gradante and Elizabeth Lee Hennessee.

797495_1

3.      The First Amended Complaint, attached hereto as Exhibit A, is a true and correct copy of the First Amended Complaint filed by Travis Co. J.V., Roger Hill, Sr. and Christopher Hill.

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated herein are true.

Executed on November <u>8th</u>, 2006

_____
Matthew Wolper