UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION | 06 MD 1755 (CM) |
| THIS DOCUMENT RELATES TO: | |
| TRAVIS CO. J.V. ROGER HILL, SR. and CHRISTOPHER HILL, <br><br>　　　　　　Plaintiffs, <br><br>vs. <br><br>HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE And CHARLES GRADANTE <br><br>　　　　　　Defendants. | 7:06-CV-11328-CM <br><br>**Electronically Filed** |

TO:   Marvin Pipkin
　　　Pipkin, Oliver & Bradley, LLP
　　　1020 N.E. Loop 410, Suite 505
　　　San Antonio, Texas 78209
　　　Attorneys for Plaintiffs Travis Co. J.V.,
　　　Roger Hill, Sr. and Christopher Hill

　　　Wayne Josel
　　　Kaufmann, Feiner, Yamin, Goldin & Robbins, LLP
　　　777 Third Avenue
　　　New York, NY 10017
　　　Attorneys for Plaintiffs Travis Co. J.V.,
　　　Roger Hill, Sr. and Christopher Hill

819538_1

SIRS:

PLEASE TAKE NOTICE that on the Declaration of Matthew Wolper, the documents attached thereto and accompanying Brief, the undersigned, attorneys for Defendant Elizabeth Lee Hennessee, move this Court before the Honorable Colleen McMahon, U.S.D.J. at the United States District Court for the Southern District of New York located at 300 Quarropas Street, White Plains, New York, for an injunction, enjoining Plaintiffs from continuing to prosecute the NASD Arbitration, captioned Travis Co. J.V., Roger Hill, Sr. and Christoper Hill v. Elizabeth Lee Hennessee, NASD DR Case No. 06-02089, until such time as the Court has an opportunity to render a decision on (1) Plaintiffs' Motion to Stay Claims Pending Arbitration, (2) Defendant Elizabeth Lee Hennessee's Petition to Determine the Eligibility of Class Claims for NASD Arbitration, and (3) Defendants' Motion to Stay Proceeding and Compel Arbitration.

Dated: November 8th, 2006

> BRESSLER, AMERY & ROSS, P.C.
> 2801 SW 149th Avenue, Suite 300
> Miramar, Florida 33027
> (954) 499-7979
> (954)-499-7969
> mwolper@bressler.com
> Attorneys for Defendants
> Hennessee Group LLC,
> Elizabeth Lee Hennessee and
> Charles Gradante
>
>
> By:_____/S/_____
>     Bennett Falk (BF 5539)
>     Matthew Wolper (MW 8835)
>     Matthew Plant (MP 0328)

819538_1

# CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2006, a copy of the *Notice of Defendant Elizabeth Lee Hennessee's Motion for Injunctive Relief and the Imposition of a Stay of Plaintiffs' NASD Arbitration Pending Resolution of the Motions Now Pending Before the Court* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              /S/
                    Bennett Falk (BF 5539)

819538_1