KAUFMANN, FEINER, YAMIN
GILDIN & ROBBINS, LLP
777 Third Avenue
New York, NY 10017
T: (212) 755.3100
Attorneys for Plaintiffs Travis Co., J.V.,
Roger Hill, Sr. and Christopher Hill

UNITED STATES DISTRICT COURT
SOUTHERN OF NEW YORK
-------------------------------------------------------------X

IN RE BAYOU HEDGE FUND INVESTMENT
LITIGATION                                                              06 MD 1755 (CM)

-------------------------------------------------------------X
THIS DOCUMENT RELATES TO:
-------------------------------------------------------------X

TRAVIS CO. J.V., ROGER HILL, SR. and
CHRISTOPHER HILL,

                              Plaintiffs,                  7:06-CV-11328 (CM)

   -against-

HENNESSEE GROUP LLC, ELIZABETH LEE                SUBSTITION OF
HENNESSEE and CHARLES GRADANTE,                    COUNSEL

                              Defendants.
-------------------------------------------------------------X

    We the undersigned, hereby consent and agree that Kaufmann, Feiner, Yamin, Gildin & Robbins, LLP, 777 Third Avenue, New York, NY 10017 be substituted in the place and stead of Pipkin, Oliver & Bradley, LLP, 1020 N.E. Loop 410, Suite 810, San

Antonio, TX 78205 as attorneys for plaintiffs Travis Co. J.V., Roger Hill Sr. and Christopher Hill in the above-entitled action.

Dated: November 9, 2006

| Outgoing Counsel: | Incoming Counsel: |
|---|---|
| PIPKIN, OLIVER & BRADLEY, LLP | KAUFMANN, FEINER, YAMIN, GILDIN & ROBBINS LLP |
| *Marvin G. Pipkin* (by permission KKlopp-Orte) | *Wayne M. Josel* |
| By: Marvin Pipkin | By: Wayne M. Josel (WJ 2813) |
| 1020 N.E. Loop 410, Suite 810 | 777 Third Avenue |
| San Antonio, TX 78205 | New York, NY 10017 |
| (212) 820-0082 | (212) 755-3100 |

TRAVIS CO. J.V.

_____    _____
By: Roger Hill, Sr.                                  Roger Hill Sr.

_____
Christopher Hill

Antonio, TX 78205 as attorneys for plaintiffs Travis Co. J.V., Roger Hill Sr. and Christopher Hill in the above-entitled action.

Dated: November 9, 2006

Outgoing Counsel:

PIPKIN, OLIVER & BRADLEY, LLP

Incoming Counsel:

KAUFMANN, FEINER, YAMIN, GILDIN & ROBBINS LLP

By: Marvin Pipkin
1020 N.E. Loop 410, Suite 810
San Antonio, TX 78205
(212) 820-0082

By: Wayne M. Josel (WJ 2813)
777 Third Avenue
New York, NY 10017
(212) 755-3100

TRAVIS CO. J.V.

By: Roger Hill, Sr.

Roger Hill Sr.

Christopher Hill