# KAUFMANN, FEINER, YAMIN, GILDIN & ROBBINS LLP

ATTORNEYS AT LAW
777 THIRD AVENUE
NEW YORK, NEW YORK 10017

TELEPHONE (212) 755-3100
FACSIMILE (212) 755-3174
www.kaufmannfeiner.com

Wayne M Josel
Direct Dial. 212 705 0825
E-mail: wjosel@kaufmannfeiner.com

**RECEIVED NOV 2 7 2006 CHAMBERS OF COLLEEN McMAHON**

November 22, 2006

VIA FACSIMILE

Hon. Colleen McMahon
United States District Court for the
  Southern District of New York
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

Re: Travis Co. J.V., et al. v. Hennessee Group LLC, et al.,
    Civil Action No. 7:06-CV-11328 (CM)

Dear Judge McMahon:

This firm represents the Plaintiffs in the above-referenced action.

On November 8, 2006, Defendants made two (2) separate motions. The first seeks to compel arbitration of Plaintiffs' claims at the American Arbitration Association. The second sought to enjoin Plaintiffs from continuing to prosecute an arbitration proceeding pending at the NASD until the Court rendered a decision on the motion to compel arbitration, as well as certain other pending motions.

I am writing to inform the Court that the parties are in discussions to resolve the issues underlying the motions and have therefore agreed to extend Plaintiffs' time to file their responses to the motions from November 22, 2006 to December 13, 2006.

Thank you for your consideration.

Respectfully,

Wayne M. Josel

CC: Matthew Wolper, Esq. (by fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

DOCKET IN CASE #
S:
DATE,        CM