**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



FILED
AUG 0 3 2007
S.D. OF N.Y. W.P.

-----------------------------------X

In RE: Bayou Hedge Funds

NOTICE OF REASSIGNMENT

06   md.   1755 (CM)(MDF)
05cv8532
06cv2379
06cv2943
06cv3025
06cv3026
06cv3028
06cv6478
06cv6837
06cv11328
07cv2026

-----------------------------------X

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

JUDGE: Colleen McMahon (NYC)

All future documents submitted in this action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

Dated: 8/3/07

J. Michael McMahon, CLERK

by: _____
Deputy Clerk

DESIGNATED TO MAGISTRATE JUDGE: Mark D. Fox

CC:  Attorneys of Record

Revised: September 9, 2004

## United States District Court
### Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



---------------------------------X

In RE: Bayou Hedge Funds

NOTICE OF REASSIGNMENT

06   md.  1755 (CM)(MDF)
05cv8532
06cv2379
06cv2943
06cv3025
06cv3026
06cv3028
06cv6478
06cv6837
06cv11328
07cv2026

---------------------------------X

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

JUDGE: Colleen McMahon (NYC)

All future documents submitted in this action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

Dated: 8/3/07

J. Michael McMahon, CLERK

by: _____
Deputy Clerk

DESIGNATED TO MAGISTRATE JUDGE: Mark D. Fox

CC:   Attorneys of Record

Revised: September 9, 2004